IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITI APARTMENTS INC., | No. 06-05752 CW |
|     Plaintiff, | |
|   v. | |
| MARKEL INSURANCE COMPANY, | |
|     Defendant. | |
| _____ | |
| CITI APARTMENTS INC., | No. 06- 07086 CW |
|     Plaintiff, | ORDER FOR CONSOLIDATION |
|   v. | |
| MARKEL INSURANCE COMPANY, | |
|     Defendant. | |
| _____/ | |

    The action numbers listed above are related cases within the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C-06-5752 CW for **all pretrial proceedings** before this Court.  The docket in Civil Action No. C-06-5752 CW shall constitute the Master Docket for these actions, and all further documents shall be filed only in C-06-5752 CW.

This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

Dated 2/21/07

CLAUDIA WILKEN
United States District Judge

2